JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA GOST,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION; and DOES 1 to 25<br><br>　　　　　　Defendants.<br>_____ | Case No.: CV08-04887 VBF (SSx)<br><br>State Court No.: PC042760<br><br>**ORDER GRANTING REMAND FROM DISTRICT COURT TO LOS ANGELES SUPERIOR COURT** |

　　　　The Joint Stipulation of Defendant TARGET CORPORATION and Plaintiff GEORGIA GOST for Remand to the Los Angeles Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein.  This matter is hereby remanded to the Los Angeles Superior Court without prejudice to the possibility of future removal based on subsequent discovery.

Dated: August 15, 2008　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE